**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHEKU DEEN YANSANE, | |
| Petitioner, | Case No. 24-cv-1947 (JMC) |
| v. | |
| WARDEN, *et al.*, | |
| Respondents. | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the motions to dismiss of Respondents D.C. Central Detention and Treatment Facility Warden and the United States, ECF 11, ECF 14, are **GRANTED**, and the Court thus **DISCHARGES** the Show Cause Order, ECF 6, and it is further

**ORDERED** that Petitioner Sheku Deen Yansane's Petition for a Writ of Habeas Corpus, ECF 1, and this matter, are **DISMISSED**.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

_____
JIA M. COBB
United States District Judge

Date: March 16, 2026